IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KELLY NATHAN PREUITT,**　　　　　　　　　3:16-cv-00835-PK

　　　　**Plaintiff,**　　　　　　　　　ORDER

v.

**OREGON DEPARTMENT OF
CORRECTIONS, an agency
of the State of Oregon;
COLETTE PETERS, individually;
STEVE SHELTON, M.D.,
individually; HEIDI STEWARD,
individually; JOHN DOES 1-10,
individually,**

　　　　**Defendants.**

**BROWN, Judge.**

　　　Magistrate Judge Paul Papak issued Findings and Recommendation (#29) on July 21, 2017, in which he recommends this Court grant Defendants' Motion (#22) for Summary Judgment as to Plaintiff's Sixth and Seventh Claims; dismiss Plaintiff's Sixth and Seventh Claims with prejudice; and, in light of the fact that all of Plaintiff's claims have now been dismissed, dismiss this matter in its entirety. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#22). Accordingly, the Court **GRANTS** Defendants' Motion (#22) for Summary Judgment and **DISMISSES with prejudice** Plaintiff's Sixth and Seventh Claims.

IT IS SO ORDERED.

DATED this 15th day of August, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States Senior District Judge